IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN ROBERT DEMOS, # 287455                          PLAINTIFF

V.                                        CIVIL ACTION NO. 3:24-cv-18-CWR-LGI

DONALD JOHN TRUMP                              DEFENDANT

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal entered this date,

IT IS, ORDERED AND ADJUDGED that, this civil action is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED AND ADJUDGED**, this the 5th day of February, 2024.

                                       *s/ Carlton W. Reeves*
                                       UNITED STATES DISTRICT JUDGE